UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STORA,<br><br>      Plaintiff(s),<br><br>-against-<br><br>THE CITY OF NEW YORK ET AL,<br>      Defendant(s). | Case No. 1:24-cv-03165 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Per the Court's June 26, 2024 Order, a stay was granted in this action pending the conclusion of Plaintiff's underlying related criminal proceedings. ECF No. 15. In its August 23, 2024 Order, the Court rejected Plaintiff's Amended Complaint that was filed without leave of the Court or consent of Defendants. Dkt. 21 (citing to Fed. R. Civ. P. 15(a)(2)). The Court advised that Plaintiff may seek the Court's permission to amend through a motion to amend, or if the Defendant consents. Dkt. 21.

  On August 29, 2024, Plaintiff filed a motion requesting leave to file an amended complaint. Dkt. 22. Defendants shall advise the Court whether they consent to Plaintiff filing his Amended Complaint if Defendants' deadline to respond to the Amended Complaint is extended until sixty days after the stay is lifted after the resolution of Plaintiff's underlying criminal proceeding.

Dated: September 9, 2024
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge