UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKIBOKY STORA,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK et al.,<br><br>                    Defendants. | Case No. 24-cv-3165 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Based on the represented Defendants' consent, Dkt. 25, the Court grants Plaintiff's motion for leave to amend his complaint in the form proposed at Dkt. 17. The stay in this matter shall be continued pending the resolution of the underlying criminal matter arising out of Plaintiff's March 27, 2024, arrest and the related warrant execution on April 18, 2024. *See* Dkt. 10. Defendants shall have until sixty days after the stay is lifted to respond to the Amended Complaint.

  The Clerk of Court is directed to mail a copy of this order to the Plaintiff.

Dated: September 27, 2024
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge

1