UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKIBOKY STORA,<br><br>                              Plaintiff,<br><br>         -against-<br><br>THE CITY OF NEW YORK et al.,<br><br>                              Defendants. | 1:24-cv-03165 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      On August 29, 2024, Plaintiff filed a notice of motion requesting to amend his complaint. Dkt. 22. On September 27, 2024, the Court granted Plaintiff's motion for leave to amend his complaint in the form proposed at Dkt. 17, and ordered that the stay in this matter be continued pending the resolution of the underlying criminal matter arising out of Plaintiff's March 27, 2024 arrest. Dkt. 26. The Court further ordered that Defendants shall have until sixty days after the stay is lifted to respond to the Amended Complaint. Dkt. 26. On September 30, 2024, the Court's order was returned to the Court as undeliverable. The Court subsequently attempted to update Plaintiff's mailing address to reflect his apartment number, as listed in Plaintiff's Complaint. Dkt. 1. Notwithstanding the Court's efforts to update Plaintiff's mailing address, the Court's order was again returned to the Court as undeliverable on October 15, 2024.

      The Court directs Plaintiff to update his address of record. Should Plaintiff fail to comply with this order, the Court may dismiss the action for failure to prosecute. *See Fields v. Beem*, No. 13-CV-0005 (GTS/DEP), 2013 WL 3872834, at *2 (N.D.N.Y. July 24, 2013) ("A plaintiff is required to notify the Court when his address changes, and failure to do so is sufficient to justify dismissal of a plaintiff's complaint.") (collecting cases)

      Defendants are likewise instructed to undertake good-faith efforts to contact Plaintiff and to identify updated contact information for Plaintiff.

Dated: October 21, 2024
       New York, New York

                                                     SO ORDERED.

                                                     *Jennifer Rochon*
                                                     JENNIFER L. ROCHON
                                                     United States District Judge