UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKIBOKY STORA,

                Plaintiff,

-against-

THE CITY OF NEW YORK et al.,

                Defendant(s).

Case No. 1:24-cv-03165 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    On October 21, 2024, the Court directed Plaintiff to update his address of record and instructed Defendants to undertake good-faith efforts to contact Plaintiff and to identify updated contact information for Plaintiff. Dkt. 29. To date, Plaintiff has not updated his mailing address. Plaintiff is instructed to update his mailing address by November 14, 2024. Defendants shall submit a status letter to the Court by November 14, 2024, providing an update on their efforts to contact Plaintiff and identify updated contact information for Plaintiff. Plaintiff is reminded that failure to comply with the Court's order may result in dismissal of this action for failure to prosecute.

Dated: November 7, 2024
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge