UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKIBOKY STORA<br><br>                    Plaintiff,<br><br>           -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                    Defendants. | Case No. 1:24-cv-03165 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

    The Clerk of Court is respectfully requested to update Plaintiff's mailing address to reflect the following: 559 Vermont Street, Brooklyn, New York, 11207.

    A copy of this Order shall be mailed to Plaintiff at the above-referenced address.

Dated: November 13, 2024
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge

1