UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKIBOKY STORA,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK et al.,<br><br>                    Defendants. | Case No. 1:24-cv-03165 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

On June 26, 2024, the Court ordered the City of New York to provide an update on the status of Plaintiff's criminal proceedings every 60 days. Dkt. 15. A status update was due December 11, 2024. To date, the Court has not received any such update. As a courtesy, the City of New York shall have until December 18, 2024, to file an update regarding the status of Plaintiff's criminal proceedings.

Dated: December 13, 2024
       New York, New York

                                                  SO ORDERED.

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge

1