

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **ZOE RESZYTNIAK**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2547<br>fax: (212) 356-3509<br>zreszytn@law.nyc.gov |

December 13, 2024

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    Skiboky Stora v. The City of New York et al.,
                24 Civ. 3165 (JLR)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and I represent defendant City of New York in the above-referenced matter. The City writes to respectfully update the Court on the status of plaintiff's underlying criminal proceeding in accordance with Your Honor's June 26, 2024, and December 13, 2024 Orders. (See ECF Nos. 15, 35).

      As a threshold matter, the undersigned sincerely apologies for the lateness of this filing, which was due to an inadvertent calendaring error. This error has since been rectified., and the Court's courtesy in extending the deadline for this letter to be filed is deeply appreciated. (See ECF No. 35).

      By way of background, on June 14, 2024, the City requested a stay of this matter until the resolution of the underlying criminal matter which serves as the basis for the instant suit. (See ECF No. 10). On June 26, 2024, the Court granted this request and ordered the City to "submit an update on the status of [plaintiff's] criminal proceedings" by August 13, 2024, and every sixty (60) days thereafter "until the conclusion of such proceedings." (See ECF No. 15). On August 13, 2024, and October 11, 2024, the City filed an update with the Court, noting that plaintiff's criminal matter was still pending. (See ECF Nos. 16, 28).

      At this time, plaintiff's underlying criminal proceeding remains pending per the New York State Unified Court System WebCriminal system, with his next appearance scheduled for December 19, 2024. The City will provide its next update on February 9, 2025, or upon the conclusion of plaintiff's criminal proceeding should it commence prior to that date.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zoe Reszytniak*

Zoe Reszytniak
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC: <u>VIA FIRST-CLASS MAIL</u>
Skiboky Stora
*Plaintiff* pro se
418 West 17 Street
Apartment 19B
New York, New York 10011

CC: <u>VIA ECF</u>
*All Counsel of Record*