UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKIBOKY STORA,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.

Case No. 1:24-cv-03165 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    On September 3, 2025, the Court received Plaintiff's request for an order to show cause for a preliminary injunction and temporary restraining order concerning his ongoing state criminal proceedings. Dkt. 41. Given the timing of the trial at issue in Plaintiff's motion, the Defendant shall file a letter response by 5:00 PM on September 5, 2025.

Dated: September 3, 2025
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge