UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKIBOKY STORA,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

Case No. 1:24-cv-03165 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff Skiboky Stora, proceeding *pro se* and currently incarcerated, has filed an "emergency application of writ of mandamus" under 28 U.S.C. § 1361, alleging that the correctional facility housing him is wrongfully restricting his legal mail. Defendants shall respond to the application by **July 24, 2026**.

Dated: July 17, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge